**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIETTA REYES, | ) | Case No.: CV 15-7982 DSF (Ex) |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BANK OF AMERICA, N.A.; et al. | ) | |
|     Defendants. | ) | |
| _____ | ) | |

    The Court having granted the motions for summary judgment by Defendants Bank of America, N.A., The Bank of New York Mellon, Select Portfolio Servicing, Inc., and Mortgage Electronic Registration Systems, Inc.,

    IT IS ORDERED AND ADJUDGED that Plaintiff Marietta Reyes take nothing and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/22/16

                                          Dale S. Fischer
                                  United States District Judge